JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE GOUIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AVIS BUDGET GROUP, INC., et al.<br><br>Defendants. | Case No.:<br>5:24−cv−01271−PSG−SHK<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION [9]** |

## <u>ORDER</u>

On June 28, 2024, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court, having reviewed that Stipulation and good cause appearing, orders as follows:

1.      MICHELLE GOUIN v. AVIS BUDGET GROUP, INC., et al., Case No. 5:24−cv−01271−PSG−SHK, is hereby remanded to the San Bernardino County Superior Court.

IT IS SO ORDERED.

DATED: _July 5, 2024_      _____

PHILIP S. GUTIERREZ
United Stated District Judge